## A06A0929. DEES et al. v. LOGAN.
(665 SE2d 736)

MILLER, Judge.

In *Dees v. Logan*, 282 Ga. 815 (653 SE2d 735) (2007), the Supreme Court of Georgia reversed Division 2 of this Court's opinion in *Dees v. Logan*, 281 Ga. App. 837 (637 SE2d 424) (2006). Therefore, we vacate Division 2 of our earlier opinion and adopt the opinion of the Supreme Court as our own in its place. Given the foregoing, we also vacate that portion of Division 4 of such opinion which awarded the Dees zero dollars for past lost wages in lieu of the jury's award for past lost wages calculated pro rata. Our disposition of Division 3 of said opinion is moot.

*Judgment affirmed in part and reversed in part. Johnson, P. J., and Ellington, J., concur.*

DECIDED JULY 15, 2008.

*Chambers, Aholt & Rickard, Clyde E. Rickard III, Edward J. Bauer*, for appellants.

*Harper, Waldon & Craig, Russell D. Waldon, Carlock, Copeland, Semler & Stair, Edward T. McAfee, Jay F. Eidex*, for appellee.

*Matthew C. Flournoy*, amicus curiae.